# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

OMAR JACKSON,

              Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, ET AL.,
DISTRICT ATTORNEY OF
PHILADELPHIA COUNTY, ET AL.,

              Respondents

: No. 120 EM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**. The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it requests extraordinary relief and **GRANTED** to the extent it requests mandamus relief. The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.